**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

Related Case No. 18-13952 (MG)

# Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**   Olinda Star Ltd - in provisional liquidation

2. **Debtor's unique identifier**

   **For non-individual debtors:**

   ☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __

   ☑ Other 1049761 . Describe identifier  BVI Company ID .

   **For individual debtors:**

   ☐ Social Security number:   xxx – xx– __ __ __ __

   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __

   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)**   Eleanor Fisher

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**   BVI  Provisional Liquidation ("BVI JPL")

5. **Nature of the foreign proceeding**

   Check one:

   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Copy of the Debtor's filed JPL application, affidavit, resolution and POA appointing the foreign representative

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☐ Yes

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 1

Debtor  <u>Olinda Star Ltd - in provisional liquidation</u>        Case number *(if known)* _____
         Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   British Virgin Islands

   **Debtor's registered office:**

   Tortola Pier Park, Building 1
   Number        Street

   Second Floor, Wickhams Cay I
   P.O. Box

   Road Town, Tortola
   City        State/Province/Region    ZIP/Postal Code

   British Virgin Islands
   Country

   **Individual debtor's habitual residence:**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City        State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   62 Forum Lane
   Number        Street

   PO Box 150
   P.O. Box

   Grand Cayman        KY    11106
   City        State/Province/Region    ZIP/Postal Code

   Cayman Islands
   Country

10. **Debtor's website** (URL)    http://www.theconstellation.com/

11. **Type of debtor**    *Check one:*

    ☐ Non-individual (*check one*):

      ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ☐ Partnership

      ☑ Other. Specify: A British Virgin Islands Limited by Shares Company

    ☐ Individual

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 2

| Debtor | Olinda Star Ltd - in provisional liquidation | Case number (*if known*)_____ _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ [signature]_____       Eleanor Fisher_____
 Signature of foreign representative       Printed name

Executed on   03 / 06 / 2020
              MM / DD / YYYY

✗ _____       _____
 Signature of foreign representative       Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ _____       Date   _____
 Signature of Attorney for foreign representative       MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____
City                State    ZIP Code

_____
Contact phone

_____
Bar number              State

Official Form 401          Chapter 15 Petition for Recognition of a Foreign Proceeding          page 3

Debtor  Olinda Star Ltd.
        Name

Case number (if known) _____

### 12. Why is venue proper in *this district*?

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

### 13. Signature of foreign representative(s)

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

✗ _____          _____
  Signature of foreign representative         Printed name

Executed on _____
            MM / DD / YYYY

✗ _____          _____
  Signature of foreign representative         Printed name

Executed on _____
            MM / DD / YYYY

### 14. Signature of attorney

✗ /s/ John K. Cunningham                    Date  03 / 06 / 2020
  Signature of Attorney for foreign representative      MM / DD / YYYY

John K. Cunningham
Printed name

White & Case LLP
Firm name

1221 Avenue of the Americas
Number    Street

New York                                    NY        10020
City                                        State     ZIP Code

(212) 819-8200                              jcunningham@whitecase.com
Contact phone                               Email address

2564565                                     NY
Bar number                                  State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3